UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-mj-00195 |
| | : | |
| **JONATHAN JOSEPH COPELAND,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States of America hereby files the Defendant's signed Acceptance of the Protective Order previously issued in the above-captioned case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     _/s/ Jeffrey A. Kiok_
JEFFREY A. KIOK
Attorney Detailed to the U.S. Attorney's Office
for the District of Columbia
N.Y. Bar No. 5400221
601 D Street, N.W.
Washington, DC  20530
Jeffrey.kiok2@usdoj.gov
(202) 307-5967