UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-mj-195 (RMM) |
| | ) | |
| Jonathan Copeland, *defendant* | ) | |

UNOPPOSED MOTION TO CONTINUE STATUS HEARING
AND TO WAIVE TIME UNDER THE SPEEDY TRIAL ACT

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, moves the Court, jointly with the United States, to continue the status hearing from November 1, 2022, at 12 o'clock p.m., for a period of approximately sixty (60) days, for the following reason.

The government has provided case-specific discovery to the defendant and outlined the government's evidence were the case to be indicted and tried before a jury. The parties are now engaged in the preliminary stages of plea negotiations with the aim of resolving the case, pre-indictment, to the satisfaction of both sides without a trial. The parties are hopeful they will be able to do so.

The parties waive the tolling of time between October 14, 2022 and the next court date under the Speedy Trial Act because they believe it will serve the interests of justice, as well as conserve the resources of the Court..

The parties request that the next hearing be conducted remotely by video teleconference, as permitted by the CARES Act per the standing order of Chief Judge Howell.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Jeffrey Alexander Kiok, Esq., U.S. Dept. of Justice, National Security Division, attorney of record for the government in the instant case, this 22nd day of October, 2022.

/s/
_____
*Nathan I. Silver, II*