UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-mj-195 (RMM) |
| | ) | |
| Jonathan Copeland, *defendant* | ) | |

ORDER

Upon good cause shown in defendant's Joint Motion to Continue Status Hearing, made jointly with the United States, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of October , 2022, that the status hearing set by video teleconference for November 1, 2022 at 1 o'clock p.m. is hereby VACATED, and it is further

ORDERED, that the status hearing is hereby scheduled for video teleconference for _____, 2023, at _____ a.m./ p.m., and it is further,

ORDERED, that in the interests of justice the time between November 1, 2022 and the next court date shall not be counted under the Speedy Trial Act.

_____
Hon. Moxila A. Upadhyaya, Magistrate Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

    Jeffrey Alexander Kiok, Esq..
    U.S. Dept. of Justice, National Security Division
    950 Pennsylvania Ave., Suite 6700
    Washington, D.C. 20530
    By ECF