IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                    CASE NO. 1:22−mj−00195

JONATHAN COPELAND,

    Defendant.

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance for counsel on the above captioned criminal case of Mr. Jonathan Copeland. I certify that I am admitted to practice in this Court.

                                             Respectfully Submitted,

Date: November 21. 2022           */s/ Komron Jon Maknoon*
                                             Komron Jon Maknoon

                                             309 Smithfield Street
                                             4th Floor
                                             Pittsburgh, PA 15222
                                             412-201-1802
                                             412-201-3484 (Fax)
                                             kjm@maknoon-law.com