UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr-195 (RMM) |
| | ) | |
| Jonathan Copeland, *defendant* | ) | |

ORDER

Upon good cause shown in attorney Nathan I. Silver's Motion to Withdraw, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of November, 2022, that attorney Nathan I. Silver, Esq. is permitted to withdraw as counsel of record in the above-referenced case, and it is further

ORDERED, that Mr. Silver is excused from appearing on the defendant's behalf at the status hearing scheduled for Jan. 3, 2023, at 1 o'clock p.m.

_____
Hon. Robin M. Meriweather, U.S. Magistrate Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
6300 Orchid Drive
Bethesda, MD 20817-5614
By ECF

Jeffrey Kiok, Esq..
U.S. Dept. of Justice
(by ECF)

Komron Jon Maknoon, Esq.
(by ECF)