# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-MJ-195 |
| : | |
| JONATHAN JOSEPH COPELAND, : | |
| : | |
| Defendant. : | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Tuesday, February 28, 2023, in the above-captioned matter, for approximately 60 days, until Tuesday, May 2, 2023. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

The parties request that the Court exclude the time until the status conference on May 2, 2023, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: February 24, 2023                     By:   /s/ Jeffrey A. Kiok
                                                            JEFFREY A. KIOK
                                                            Attorney Detailed to the U.S. Attorney's
                                                            Office for the District of Columbia
                                                            N.Y. Bar No. 5400221
                                                            601 D Street, N.W.
                                                            Washington, DC  20530
                                                            Jeffrey.kiok2@usdoj.gov
                                                            (202) 307-5967

CERTIFICATE OF SERVICE

On this 24th day of February, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                              */s/  Jeffrey A. Kiok*
JEFFREY A. KIOK
Attorney Detailed to the U.S. Attorney's
Office for the District of Columbia
N.Y. Bar No. 5400221
601 D Street, N.W.
Washington, DC  20530
Jeffrey.kiok2@usdoj.gov
(202) 307-5967