UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-MJ-195 |
| : | |
| JONATHAN JOSEPH COPELAND, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to adjourn the status conference set for Thursday, July 6, 2023, in the above-captioned matter, for approximately 14 days, until Thursday, July 20, 2023. Defense counsel concurs in this motion. The parties request the additional time to engage in plea negotiations and review preliminary discovery productions.

The parties request that the Court exclude the time until the status conference on July 20, 2023, pursuant to 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052


Date: July 3, 2023	By:  */s/ Jeffrey A. Kiok*
	JEFFREY A. KIOK
	Attorney Detailed to the U.S. Attorney's
	Office for the District of Columbia
	N.Y. Bar No. 5400221
	601 D Street, N.W.
	Washington, DC  20530
	Jeffrey.kiok2@usdoj.gov
	(202) 307-5967

CERTIFICATE OF SERVICE

On this 3rd day of July, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

        /s/ *Jeffrey A. Kiok*
JEFFREY A. KIOK
Attorney Detailed to the U.S. Attorney's
Office for the District of Columbia
N.Y. Bar No. 5400221
601 D Street, N.W.
Washington, DC  20530
Jeffrey.kiok2@usdoj.gov
(202) 307-5967