UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-224 |
| : | |
| JONATHAN JOSEPH COPELAND, : | |
| : | |
| Defendant. : | |

**CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, through undersigned counsel, hereby files this motion to exclude the time until the status conference and arraignment on July 27, 2023 at 9:30 a.m., pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A). Defense counsel concurs in this motion. In support of its motion, the Government states as follows:

1. On July 5, 2023, Magistrate Judge Faruqui ordered a Preliminary Hearing on July 20, 2023.

2. On July 12, 2023, the Grand Jury returned an indictment against the Defendant.

3. On July 17, 2023, the Preliminary Hearing of July 20, 2023 was vacated by Magistrate Judge Merriweather, and the Magistrate Judge ordered the parties to schedule an arraignment before the District Court.

4. This Court has scheduled the defendant to be arraigned on the indictment on July 27, 2023 at 9:30 a.m.

5. The United States respectfully submits that the ends of justice would be served by tolling the speedy trial clock from the date of the previous preliminary hearing, July 20, 2023, to the date of the scheduled arraignment, July 27, 2023. The ends of justice

outweigh the best interests of the public and Defendant in a speedy trial during that time.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: July 19, 2023			By:   /s/ Jeffrey A. Kiok
					JEFFREY A. KIOK
					Attorney Detailed to the U.S. Attorney's
					Office for the District of Columbia
					N.Y. Bar No. 5400221
					601 D Street, N.W.
					Washington, DC  20530
					Jeffrey.kiok2@usdoj.gov
					(202) 307-5967

CERTIFICATE OF SERVICE

On this 19th day of July, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                                                 /s/ *Jeffrey A. Kiok*
JEFFREY A. KIOK
Attorney Detailed to the U.S. Attorney's
Office for the District of Columbia
N.Y. Bar No. 5400221
601 D Street, N.W.
Washington, DC  20530
Jeffrey.kiok2@usdoj.gov
(202) 307-5967