# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-224 (DLF) |
| | : | |
| **JONATHAN JOSEPH COPELAND,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States, through undersigned counsel, hereby informs the Court that Attorney Jeffrey Kiok, as counsel for the United States, is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                UNITED STATES ATTORNEY
                                                D.C. Bar No. 481052

Date: August 10, 2023                    By:   */s/ Jeffrey A. Kiok*
                                                                  JEFFREY A. KIOK
                                                                   Attorney Detailed to the U.S. Attorney's
                                                                   Office for the District of Columbia
                                                                   N.Y. Bar No. 5400221
                                                                   601 D Street, N.W.
                                                                   Washington, DC  20530
                                                                   jeffrey.kiok@usdoj.gov
                                                                   (202) 307-5967

CERTIFICATE OF SERVICE

On this 10th day of August, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ Jeffrey A. Kiok
JEFFREY A. KIOK
Attorney Detailed to the U.S. Attorney's
Office for the District of Columbia
N.Y. Bar No. 5400221
601 D Street, N.W.
Washington, DC  20530
Jeffrey.kiok2@usdoj.gov
(202) 307-5967