## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | CASE NO. 23-cr-224-DLF |
| **JONATHAN COPELAND,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCEE

The United States of America hereby respectfully notifies the Court that Gregory Rosen, Assistant United States Attorney, will be an assigned counsel to the abovementioned case, in addition to currently assigned counsel for the government.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ Gregory P. Rosen
GREGORY ROSEN
Assistant United States Attorney
U.S. Attorney's Office
District of Columbia
VA Bar No. 82584
601 D Street N.W.
Gregory.rosen@usdoj.gov
Telephone: (202) 252-6932

1