**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2023, upon consideration of the within Motion to Produce Evidence Which the Government Intends to Use Under Federal Rules of Evidence 404(b) and 609 with Citation of Authority, it is hereby ORDERED, ADJUDGED, AND DECREED that said motion is granted and that the government shall provide the defendant with all evidence of prior bad acts and/or impeachment evidence which the government intends to use in its case-in-chief, on cross examination, or on rebuttal by _____, 2023.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Court Judge

1