## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2023, upon consideration of the Motion in Limine to Preclude Unseen Signage, Fencing, or Other Barriers and to Preclude Arguments that Mr. Copeland is Guilty Based on the Actions of Others, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED and the government is hereby precluded from introducing at trial any evidence, discussion, or argument regarding signs, fencing, dispersal announcements, barricades, or other barriers unless first laying a foundation that Mr. Copeland actually was in a place to witness such features, and the government or government witnesses are precluded from arguing or suggesting Mr. Copeland is guilty of any crime(s) due to the criminal conduct of others.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Judge

1