IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2023, upon consideration of the Motion for Discovery, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby GRANTED and the Government is hereby directed to provide the materials set forth within forthwith.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Judge

1