# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2023, upon consideration of the Motion for Early Disclosure of All "Jencks Act" Material, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is hereby **GRANTED.**

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Court Judge

1