# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2023, upon consideration of Defendant's Motion to Compel Government to Disclose the Identity of any Expert Witness it Intends to Call at Trial and the Nature of the Expert Testimony, it is hereby ORDERED, ADJUDGED AND DECREED that said Motion is GRANTED and the Government is hereby ordered to provide the Defendant, Jonathan Copeland, with the identity of any and all experts it intends to call at trial and the nature of the expert testimony on or before the ___ day of _____, 2023.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Judge