IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

**MOTION TO COMPEL DISCLOSURE OF PLEA BARGAINS,
PREFERENTIAL TREATMENT, AND PROMISES TO
GOVERNMENT WITNESSES WITH CITATION OF AUTHORITIES**

AND NOW, to-wit, comes Defendant, Jonathan Joseph Copeland (hereinafter "Mr. Copeland"), by and through his attorney, Komron Jon Maknoon, Esquire, and respectfully moves this Honorable Court to enter an Order compelling the Government to disclose plea bargains, preferential treatment, and promises of any nature to Government witnesses and, in support thereof, avers as follows:

1. On November 21, 2022, undersigned counsel respectfully entered his appearance on behalf of Mr. Copeland (*See* ECF Doc. No. 16).

2. On July 12, 2023, Mr. Copeland was indicted for an alleged violations of 18 U.S.C. § 231(a)(3) – Civil Disorder, 18 U.S.C. §§ 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, 18 U.S.C. § 1752(a)(1) and (b)(1)(A) – Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, 18 U.S.C. § 1752(a)(2) and (b)(1)(A) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, 18 U.S.C. § 1752(a)(4) and (b)(1)(A) – Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, 40 U.S.C. §

1

5104(e)(2)(D) – Disorderly Conduct in a Capital Building, 40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Grounds or Buildings, and §40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capital Building (*See* ECF Doc. No. 29).

3. Mr. Copeland believes and therefore avers that the Government may call as witnesses at the trial of this case various persons, including cooperating witnesses, confidential informants, and unindicted or indicted co-conspirators with whom it has entered into plea bargains or arrangements or has otherwise given preferential treatment or extended promises of leniency of various kinds in order for their assistance or testimony in this and/or other cases.

4. Mr. Copeland seeks disclosure of the names of all witnesses with whom the Government has entered into such bargains or has otherwise given preferential treatment or extended promises of any kind in return for their assistance or testimony in this case, as well as full and complete statement of the nature and extent of any such bargain, preferential treatment, or promises. *United States v. Giglio*, 405 U.S. 150 (1972); *Brady v. Maryland*, 373 U.S. 83 (1963); *In re Sealed Case No. 99-3096 (Brady Obligations),* 185 F.3d 887 (D.C. Cir. 1999).

WHEREFORE, Mr. Copeland respectfully requests this Honorable Court enter an Order directing the Government to disclose the names of all witnesses with whom the Government has entered bargains or extended preferential treatment in return for their assistance or testimony in this case and/or other cases as well as the nature and extent of such bargain, preferential treatment, or promises.

Respectfully submitted,

s/ *Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466
MAKNOON & ASSOCIATES, LLC.
438 Division St.

Sewickley, PA 15143
(412) 201-1802
(412) 774-8424 FAX

Counsel for Defendant, Jonathan Copeland

3