IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-CR-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2023, upon due consideration of the Motion to Compel Disclosure of Plea Bargains, Preferential Treatment, and Promises to the Government Witnesses With Citation of Authorities, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED, and the government shall provide Defendant, Jonathan Copeland, with the names of all witnesses with whom the government has entered bargains or extended preferential treatment in return for their assistance or testimony in this case and/or other cases as well as the nature and extent of such bargain, preferential treatment, or promises no later than the _____ day of _____, 2023.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Judge

1