IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2023, upon consideration of the within Motion in Limine to prevent the introduction of Mr. Copeland's prior misdemeanor assault conviction, which occurred in 2013 (Ottawa County Court Case Number 2013CRB00304-1), it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

BY THE COURT:

_____
Dabney L. Friedrich
United States District Judge