# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No.: 23-CR-224 (DLF)** |
| **v.** : | |
| : | |
| **JONATHAN COPELAND,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Kyle Mirabelli is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: December 20, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Kyle R. Mirabelli*
KYLE R. MIRABELLI
NY Bar No. 5663166
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20001
(202) 252-7884
kyle.mirabelli@usdoj.gov