# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

## MOTION TO RESCHEDULE PRETRIAL MOTIONS HEARING

AND NOW, to-wit, comes Defendant, Jonathan Joseph Copeland (hereinafter "Mr. Copeland"), by and through his attorney, Komron Jon Maknoon, Esquire, and respectfully files the within Motion to Reschedule Pre-Trial Motions Hearing. In support thereof, avers as follows:

1. On November 21, 2022, undersigned counsel respectfully entered his appearance on behalf of Mr. Copeland (*See* ECF Doc. No. 16).

2. On July 12, 2023, Mr. Copeland was indicted for an alleged violations of 18 U.S.C. § 231(a)(3) – Civil Disorder, 18 U.S.C. §§ 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, 18 U.S.C. § 1752(a)(1) and (b)(1)(A) – Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, 18 U.S.C. § 1752(a)(2) and (b)(1)(A) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, 18 U.S.C. § 1752(a)(4) and (b)(1)(A) – Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, 40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capital Building, 40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Grounds or Buildings, and §40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capital Building (*See* ECF Doc. No. 29).

3. Currently scheduled and due are:

   a. A pretrial motions hearing on January 24, 2024 (previously scheduled on January 3, 2024);

   b. A pretrial conference on January 24, 2024;

   c. A pretrial conference (if needed) on January 25, 2024;

   d. Voir dire, proposed jury instructions, Brady and Giglio information, exhibit lists, and witness lists on January 17, 2024;

   e. Responses to voir dire, responses to proposed jury instructions, objections to admissibility of exhibits, pre-marked exhibits to the court, and defense's witness list to the government on January 22, 2024; and

   f. Trial on February 5, 2024 (*See* ECF Doc. No. 32).

4. Undersigned counsel has a good faith belief that depending on the outcome of the pretrial motion hearing, a resolution would be forthcoming.

5. In the interest of judicial economy, it is respectfully requested that the pretrial motions hearing scheduled for January 24, 2024, be researched for an earlier date in the beginning of January or a date deemed more appropriate by this Court.

6. Pursuant to the Federal Rules of Criminal Procedure Rule 43(b)(3), Mr. Copeland need not be present at the hearing considering the proceeding involves a conference or hearing on a question of law.

7. In light of Rule 43(b)(3), it is respectfully requested that the pretrial motions hearing be held via Zoom.[1]

---

[1] If granted, undersigned counsel will file the appropriate motion to conduct the hearing via Zoom with Mr. Copeland's signed waiver.

8. Additionally, the ability to conduct said hearing via Zoom due to undersigned counsel's previously scheduled January jury trial would create more options for scheduling.

9. On December 18, 2024, undersigned counsel had a meeting via Webex with Assistant United States Attorneys Greg Rosen and Alexandra Foster who had no objection to the within request.

WHEREFORE, Mr. Copeland respectfully requests this Honorable Court enter an Order rescheduling the January 24, 2024, pretrial motions hearing to an earlier date and granting the request to conduct the hearing via Zoom in consideration of Rule 43(b)(3).

Respectfully submitted,

s/ *Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466
MAKNOON & ASSOCIATES, LLC.
438 Division St.
Sewickley, PA 15143
(412) 201-1802
(412) 774-8424 FAX

Counsel for Defendant, Jonathan Copeland