# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket No. 1:23-CR-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2023, upon due consideration of the Motion to Reschedule Pretrial Motions Hearing, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED, and the Pretrial Motions Hearing is now schedule for the _____ day of _____, _____.

IT IS FURTHER ORDERED that the Pretrial Motions Hearing will be conducted via Zoom.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Judge

1