IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to-wit, this ___ day of _____ 2024, upon full consideration of Defendant's foregoing Motion for Leave to Withdraw as Attorney, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

IT IS FURTHER ORDERED that the time of filing voir dire, proposed jury instructions, exhibit lists, and witness lists are continued until a date deemed more appropriate by the Court.

IT IS FURTHER ORDERED that the release of Brady and Giglio information are continued until a date deemed more appropriate by the Court.

IT IS FURTHER ORDERED that the within motion will be scheduled via Zoom on January 19, 2024, at 1:00 pm.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Judge