#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONDUCT HEARING ON MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY VIA VIDEOCONFERENCE**

AND NOW, to-wit, comes Defendant, Jonathan Copeland, (hereinafter "Ms. Copeland") by and through his attorney, Komron Jon Maknoon, Esquire, and respectfully files this Motion to Conduct Hearing on Motion for Leave to Withdraw as Attorney via Videoconference and, in support thereof, avers as follows:

1. On January 16, 2024, undersigned counsel filed a Motion to for Leave to Withdraw as Attorney (*See* ECF No. 54).

2. Undersigned counsel is located in Pittsburgh, Pennsylvania while Mr. Copeland is located in Lima, Ohio.

3. Due to the necessity of addressing said motion in a timely manner for all parties involved, both undersigned counsel and Mr. Copeland request that it be conducted via videoconference.

4. Mr. Copeland understands his right to be physically present at the Motion for Leave to Withdraw as Attorney but requests that the hearing be conducted via videoconference in light of the distance and urgency.

5.       For these reasons, Mr. Copeland waives his right to be present at the hearing and requests leave to participate via videoconference so that it might be expeditiously concluded.

6.       On January 15, 2024, undersigned counsel emailed Mr. Copeland a copy of the within motion.

7.       On January 16, 2024, the firm of undersigned counsel was informed that Mr. Copeland consents to conduct the hearing on the Motion for Leave to Withdraw as Attorney via videoconference.

8.       On January 16, 2024, undersigned counsel received an email from Assistant United States Attorney Alexandra Foster who takes no position to the relief requested within.

WHEREFORE, Mr. Copeland respectfully requests that this Honorable Court enter an Order permitting the hearing on the Motion for Leave to Withdraw as Attorney to be conducted via videoconference.

Respectfully submitted,

s/ *Komron Jon Maknoon*
Komron Jon Maknoon, Esquire
PA I.D. No. 90466

Maknoon & Associates, LLC
438 Division Street
2nd Floor
Sewickley, PA 15143
(412) 201-1802
(412) 774-8424 FAX

Attorney for Defendant, Jonathan Copeland