IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:23-cr-00224 |
| | ) | |
| v. | ) | ELECTRONICALLY FILED |
| | ) | |
| JONATHAN JOSEPH COPELAND, | ) | The Honorable Dabney L. Friedrich |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to-wit, on this _____ day of January 2024, upon full consideration of the foregoing Motion to Conduct Hearing on Motion for Leave to Withdraw as Attorney Via Videoconference, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.

BY THE COURT:

_____, J.
Dabney L. Friedrich
United States District Judge