UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
|     *v.* | ) | Case No. 1:23-cr-00224 (DLF) |
| | ) | |
| **JONATHAN JOSEPH COPELAND** | ) | |
| | ) | |
|     **Defendant.** | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:  The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in the above styled case as pro bono counsel for

**DEFENDANT JONATHAN JOSEPH COPELAND**

Dated January 18, 2024                              Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 18th day of January 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.