UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| *v.* ) | Case No. 1:23-cr-00224 (DLF) |
| ) | |
| JONATHAN JOSEPH COPELAND ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's Motion to continue the trial and vacate dates, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that the January 24 - 25 conferences are vacated, and the February 5, 2024 trial date is vacated with a new trial date to be coordinated for late July 2024 or soon thereafter.

**ORDERED** that that the parties will coordinate with the Court Clerk to set a status conference in mid to late March 2024 where the Defendant has consented to remote video;

**ORDERED** that the parties will provide a joint proposal for a new pretrial scheduling order the day prior to the March 2024 status conference;

**ORDERED** that a trial date for July-August will be set at the March 2024 status conference;

**ORDERED** that ECF No. 60 be withdrawn by the Court Clerk;

**ORDERED** that in the interests of justice and for good cause shown by the need for time for new counsel to properly prepare, and with the Defendant's concurrence, the time under the Speedy Trial Act is excluded until the March 2024 status conference date.

**SO ORDERED** on this ___ day of January, 2024.

HONORABLE Dabney L. Friedrich
United States District Chief Judge
