UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-00224 (DLF) |
| | ) | |
| JONATHAN JOSEPH COPELAND | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER

Upon consideration of the Ms. Stewart's Motion to withdraw as counsel it is hereby

**ORDERED** that the Motion is **GRANTED** and,

**ORDERED** that Ms. Stewart has no further responsibilities for representation of Mr. Copeland in this case.

**SO ORDERED** on this ___ day of January, 2024.

HONORABLE Dabney L. Friedrich
United States District Chief Judge
